IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00984-RPM

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU,
a Wisconsin corporation,

    Defendant.

_____

ORDER DENYING MOTION TO DISMISS
_____

    On June 29, 2007, the defendant filed a motion to dismiss the complaint, filed May 11, 2007, asserting the failure to state a claim for relief.  After an extension of time to respond to that motion, the plaintiff filed an amended complaint on August 20, 2007, withdrawing four of the claims for relief in the original complaint and adding factual allegations affecting the time of accrual of its claim for breach of contract and support for asserting the existence of a fiduciary duty.  Because the bar of the statute of limitations is an affirmative defense and the existence of a fiduciary duty under the facts alleged is an arguable position, it is now

    ORDERED that the defendant's motion to dismiss is denied as moot and it is

    FURTHER ORDERED that the defendant will file an answer to the amended complaint on or before September 12th, 2007.

    DATED: August 21st, 2007

                                    BY THE COURT:

                                    s/ Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge