IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00984-RPM

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU,
A Wisconsin corporation,

    Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 15, 2008

GREGORY C. LANGHAM
    CLERK

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, COUNTERCLAIM AND JURY DEMAND

THE COURT, having reviewed Defendant Employers Insurance Company of Wausau's Unopposed Motion for Leave to File its First Amended Answer, Counterclaim and Jury Demand, and being otherwise fully informed of these matters, hereby

GRANTS the Motion. Defendant's First Amended Answer, Counterclaim and Jury Demand is deemed filed with the Court as of the date of this Order.

Dated this __15__ day of January, 2008.

                BY THE COURT:

                _____
                Hon. Richard P. Matsch
                United States District Court for the
                District of Colorado

{00514379 / 1}