IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00984-RPM

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, a/k/a AIMCO, a Maryland corporation,

        Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation,

        Defendant.

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**

This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order. The Court, having considered the motion and the entire record, hereby orders as follows:

1. The motion is granted.
2. The February 25, 2008 Scheduling Order is modified as follows:

| Scheduling Order Section | Original Deadline | Modified Deadline |
|---|---|---|
| § 7(3): Expert disclosures by party with burden of proof as to claim or issue | August 1, 2008 | November 7, 2008 |

1

| | | |
|---|---|---|
| § 7(4): Defending party disclosures | September 3, 2008 | December 12, 2008 |
| § 7(5): Rebuttal expert disclosures | October 3, 2008 | January 16, 2009 |
| § 7(b): Discovery Cut-Off | November 7, 2008 | February 13, 2009 |
| § 7(c): Dispositive Motion Deadline | January 16, 2009 | April 16, 2009 |

3. The Scheduling Order shall remain in effect except as modified above.

DATED: July 16th, 2008

By the Court

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Court Judge