**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00984-RPM-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU,
a Wisconsin corporation,

    Defendant.

---

**ORDER GRANTING JOINT MOTION
TO MODIFY SCHEDULING ORDER**

---

The matter is before the Court on the parties' Joint Motion to Modify Scheduling Order.

The Court, having considered the motion and the entire record, hereby orders as follows:

1.     The motion is granted.

2.     The July 16, 2008 Scheduling Order is modified as follows:

| Scheduling Order Section | Current Deadline | Proposed Deadline |
|---|---|---|
| § 7(3): Expert disclosures by party with burden of proof as to claim or issue | November 7, 2008 | January 7, 2009 |
| § 7(4): Defending party disclosures | December 12, 2008 | February 12, 2009 |
| § 7(5): Rebuttal expert disclosure | January 16, 2009 | March 16, 2009 |
| §7(b): Discovery Cut-Off | February 13, 2009 | April 13, 2009 |
| § 7(c): Dispositive Motion Deadline | April 16, 2009 | June 16, 2009 |

3. The Scheduling Order shall remain in effect except as modified above.

Dated this 13th day of November, 2008.

> BY THE COURT
>
> s/Richard P. Matsch
>
> _____
> Richard P. Matsch
> Senior District Court Judge