IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00984-RPM-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation,

    Defendant.

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Modify SchedulingOrder, it is

ORDERED that the November 13, 2008 Scheduling Order is modified as follows:

| Scheduling Order Section | Current Deadline | Proposed Deadline |
|---|---|---|
| § 7(4): Defending party disclosures | February 12, 2009 | February 26, 2009 |
| § 7(5): Rebuttal expert disclosure | March 16, 2009 | March 30, 2009 |

The Scheduling Order shall remain in effect except as modified above.

    DATED: February 12th, 2009

    BY THE COURT

    s/Richard P. Matsch

    _____
    Richard P. Matsch
    Senior District Court Judge