IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00984-RPM

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU,
a Wisconsin corporation,

    Defendant,

and

EMPLOYERS INSURANCE COMPANY OF WAUSAU,
a Wisconsin corporation,
    Counter-claimant,

v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
a/k/a AIMCO, a Maryland corporation,

    Counter-defendant.

_____

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**
_____

    Upon consideration of the parties' Joint Motion to Modify Scheduling Order, it is

    ORDERED that the discovery cut-off date is extended to and including May 29, 2009, and the deadline for filing dispositive motions is extended to and including July 30, 2009. The Scheduling Order shall remain in effect except as modified above.

    Dated: March 16th, 2009

                                     BY THE COURT
                                     s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch
                                   Senior District Court Judge