# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00984-RPM

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, a/k/a AIMCO, a
Maryland corporation,

        Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation,

        Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION
TO MODIFY SCHEDULING ORDER WITH RESPECT
TO DISPOSITIVE MOTIONS DEADLINE**

---

Upon consideration of Plaintiff Apartment Investment and Management

Company's ("AIMCO") Unopposed Motion to Modify Scheduling Order With Respect to

Dispositive Motions Deadline [59], it is

ORDERED that the motion is granted and the dispositive motion deadline is

extended to and including August 5, 2009.  The Scheduling Order shall remain in effect

except as modified.

DATED: July 29th , 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge