# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00984-RPM

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation,

    Defendant,

And

EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation,

    Counter-claimant,

v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
a/k/a AIMCO, a Maryland corporation,

    Counter-defendant.

_____

## ORDER
_____

Upon consideration of "AIMCO's Unopposed Motion to Amend the Amended Complaint to Withdraw Breach of Fiduciary Duty Claim," it is

ORDERED that AIMCO's motion to amend is GRANTED and the claim for breach of fiduciary duty is dismissed, each party to bear its own costs.

DATED this 9th day of September 2009.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge