IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: March 10, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00984-RPM

| | |
|---|---|
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, a/k/a AIMCO, a Maryland corporation, | Nicholas McKeever, Jr. Susan Bernhardt |
| Plaintiff, | |
| v. | |
| EMPLOYERS INSURANCE COMPANY OF WASAU, a Wisconsin corporation, | Scott G. Johnson Brian Spano |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**1:55 p.m.** **Court in session.**

Court's preliminary remarks.

Counsel answer questions asked by the Court.

Argument by Mr. McKeever [63].
Argument by Mr. Johnson.
Rebuttal argument by Mr. McKeever.

Court's findings and conclusions as stated on record.

**ORDERED:** **Plaintiff's Motion for Partial Summary Judgment, filed August 5, 2009 [63], is denied.**

Argument by Mr. Johnson [56].
Statement by Mr. McKeever.

**ORDERED:** **Defendant's Motion to Reopen Discovery and for Extension of Dispositive Motion Deadline, filed July 8, 2009 [56], is granted but is limited to documents and deposition with respect to Mr. Cortez and the deposition of Mr. Rosenbach as stated on record.**

Discussion regarding scheduling.

**ORDERED:** **Pretrial conference set May 27, 2010 at 2:00 p.m.**

**3:12 p.m.** **Court in recess.** Hearing concluded. Total time: 1hr. 17 min.