IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00984-RPM

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU,
a Wisconsin corporation,

    Defendant.
_____

STAY PENDING ARBITRATION
_____

At the scheduled pretrial conference held today, counsel informed that they had reached agreement to submit the issues in this matter to arbitration according to terms that are agreed and it is therefore

ORDERED that this civil action is stayed pending completion of arbitration.

Dated: May 27, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge