IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00984-RPM

APARTMENT INVESTMENT AND MANAGEMENT COMPANY,
a/k/a AIMCO, a Maryland corporation,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU,
a Wisconsin corporation,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the Status Report [92] advising a final settlement of the issues in this civil action, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

    Dated:   July 28th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge